KÖRBER & CÍA., INC., DEMANDANTE Y APELADA, *v.* COLÓN ET AL., DEMANDADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de San Juan, Primer Distrito, en pleito sobre cobro de pagarés (traslado de causa).

No. 2732.—Resuelto en junio 9, 1922.

JURISDICCIÓN—SUMISIÓN DE LAS PARTES.—Cuando el deudor se ha sometido expresamente a la jurisdicción de las cortes del domicilio del acreedor, no puede pedir el traslado a su propio domicilio. El pacto de sumisión es lícito y como tal obligatorio.

Los hechos están expresados en la opinión.

Abogados de los apelantes: *Sres. González Fagundo & González, Jr.*

Abogado de la apelada: *Sr. H. G. Molina.*

EL JUEZ PRESIDENTE SR. DEL TORO, emitió la opinión del tribunal.

Los demandantes radicaron su demanda en la Corte de Distrito de San Juan, Primer Distrito. Los demandados al formular excepciones solicitaron en debida forma el traslado a la corte de distrito de su domicilio, Humacao. En el pleito se cobran varios pagarés en todos los cuales los demandados se sometieron expresamente a las cortes de San Juan. La moción de traslado fué negada y los demandados establecieron el presente recurso de apelación.

En su alegato los apelantes admiten que si se aplica la doctrina establecida por esta Corte Suprema en el caso de *Gómez* v. *Toro,* 23 D. P. R. 642, entonces la resolución apelada estaría bien fundada, pero sostienen que la doctrina del caso de *Gómez* v. *Toro, supra,* es errónea y debe revocarse.

Para hacer tal petición los apelantes radicaron un alegato que apenas tiene dos páginas de argumentación, con algunas citas de casos sin razonamiento alguno demostrativo de un estudio serio de la cuestión envuelta.

El caso de *Gómez* v. *Toro, supra,* ha sido citado con aprobación en varias ocasiones por este mismo tribunal. Véase especialmente el caso de *Mitjans* v. *Mitjans,* hoy su Sucesión, 26 D. P. R. 803. En el curso de la opinión se dijo:

"Esta Corte Suprema ha resuelto varias veces que la renuncia del fuero del domicilio es una condición lícita en los contratos tanto como una de las costumbres locales bien establecidas, sancionada por el orden público y sostenida por la uniforme corriente de la jurisprudencia."

Debe declararse sin lugar el recurso y confirmarse la resolución apelada.

*Confirmada la resolución recurrida.*

Jueces concurrentes: Sres. Asociados Aldrey, Hutchison y Franco Soto.

El Juez Asociado Sr. Wolf disintió.